190 F.2d 206
 Lillie Harris BURNS, Appellant,
v.
UNITED STATES of America, et al.
 No. 14340.
 United States Court of Appeals Eighth Circuit.
 June 19, 1951.
 
 1
 Frank C. Douglas, Blytheville, Ark., for appellant.
 
 
 2
 James T. Cooch, U.S. Atty., Little Rock, Ark., Wils Davis, Memphis, Tenn., Reid & Roy, Blytheville, Ark., and C. C. Cannon, Forrest City, Ark., for appellees.
 
 
 3
 Appeal from District Court dismissed, D.C., 95 F.Supp. 628, on motion of certain appellees and stipulation of parties.